# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **FAMILY HEALTH PHYSICAL MEDICINE, LLC** | : | **CASE NO.:  5:21-cv-00997** |
| **PLAINTIFF,** | : | Judge Sara Lioi |
| v. | : | **STIPULATION OF DISMISSAL** |
| **BROOKDALE SENIOR LIVING, INC.** | : | |
| **DEFENDANT.** | : | |

Pursuant to Rule 41(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Family Health Physical Medicine, LLC and Defendant Brookdale Senior Living, Inc. hereby stipulate to the dismissal of this matter with prejudice.

| | |
|---|---|
| **/s/  Matthew E. Stubbs** | **/s/  Karen S. Hockstad** |
| George D. Jonson | *[per email authorization]* |
| Matthew E. Stubbs | Karen S. Hockstad |
| Montgomery Jonson, LLP | Dinsmore and Shohl, LLP |
| 600 Vine Street, Suite 2650 | 191 W. Nationwide Blvd., Suite 300 |
| Cincinnati, OH 45202 | Columbus, OH 43215 |
| Phone:  (513) 241-4722 | Phone:  (614) 628-6880 |
| Fax:     (513) 768-9244 | Fax:      (614) 628-6890 |
| Email:  gjonson@mojolaw.com | Email:   Karen.hockstad@dinsmore.com |
|            mstubbs@mojolaw.com | |
| | |
| *Counsel for Plaintiff Family Health Physical Medicine, LLC* | *Counsel for Defendant Brookdale Senior Living, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 5, 2022, I served this matter by electronically filing it with the Clerk of the Court via the CM/ECF system, which will cause it to be served on all attorneys of record by operation of the CM/ECF system.

                                                  */s/ Matthew E. Stubbs*
                                                  Matthew E. Stubbs